UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-9001
_____

HARVEY MIGUEL ROBINSON,
　　　　　　　　　　　　　　　　Appellant

v.

SECRETARY OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
SUPERINTENDENT GREENE SCI; SUPERINTENDENT ROCKVIEW SCI
_____

(D.C. No. 2:06-cv-00829)
_____

SUR PETITION FOR REHEARING
_____

Present:　CHAGARES, Chief Judge, and JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, MONTGOMERY-REEVES, and CHUNG, Circuit Judges

　　The petition for rehearing filed by Appellant in the above-captioned case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc is **DENIED**.

　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　s/Stephanos Bibas
　　　　　　　　　　　　　　　　　　　　Circuit Judge

Dated: July 16, 2024
DWB/arr/cc: EJM; EPM; RE; HFG